**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                          **CIVIL ACTION NO. 2:17-CR-11-KS-MTP**

**CLYDE JAMES GINN**

## ORDER

On January 12, 2018, the Government filed its Motion to Dismiss [25] the third-party petitions filed by Same Evans ("Evans") and Fulcrum Consulting Inc. ("Fulcrum"). The Court will give Evans and Fulcrum fourteen (14) days from the date of the motion, or until **January 26, 2018**, to file a response to this motion.

SO ORDERED AND ADJUDGED, on this, the __16th____ day of January, 2018.


                                                              __s/Keith Starrett_____
                                                              KEITH STARRETT
                                                              UNITED STATES DISTRICT JUDGE